CAULDWELL-WINGATE COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued October 21, 1935; decided November 19, 1935.)

*Robert H. Elder, Otho S. Bowling, Copal Mintz* and *Harry Smith* for appellant.

*Paul Windels,* Corporation Counsel (*Paxton Blair* and *Ralph W. Thomas* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Not sitting: CROUCH and FINCH, JJ.